AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SCOFIELD, III. , E. CLAYTON | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>06/04/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US MAGISTRATE JUDGE (FULL) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>1807 UNITED STATES COURTHOUSE<br>75 SPRING ST., S. W.<br>ATLANTA, GA. 30303-3309 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ALSTON & BIRD, LLP ATTORNEYS (COMPENSATION) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA, CD'S & SAVINGS ACCTS | C | Interest | N | T | | | | | |
| 2. GE COMMON | A | Dividend | J | T | | | | | |
| 3. ATLANTA GAS LIGHT COMMON | A | Dividend | K | T | | | | | |
| 4. CHEVRON-TEXACO COMMON | A | Dividend | K | T | | | | | |
| 5. NORTHWESTERN MUTUAL LIFE INS (WHOLE LIFE PRODUCT)CASH VALUE | C | Dividend | M | T | | | | | |
| 6. NORTHWESTERN MUTUAL LIFE INS (WHOLE LIFE PRODUCT)CASH VALUE | A | Dividend | K | T | | | | | |
| 7. GUARDIAN LIFE INSURANCE COMPANY-CASH VALUE | C | Dividend | L | T | | | | | |
| 8. ASSOCIATED FEDERAL CREDIT UNION-CD & SAVING ACCOUNTS | A | Interest | J | T | | | | | |
| 9. REAL ESTATE- ST SIMONS IS, GA, RENTAL PROPERTY | E | Rent | N | W | | | | | |
| 10. REAL ESTATE- LA GRANGE, GA. LAND.ONLY -NO INCOME | | None | | | Sold | 09/18/14 | K | A | WAYNE MANNING |
| 11. HARTFORD GROWTH FD-IRA | | None | K | T | | | | | |
| 12. PRIME MONEY MKT-CHILDREN | A | Interest | J | T | | | | | |
| 13. AMERICAN NEW PERSPECTIVE FUNDS CHILDREN FUND-CHILDREN | A | Dividend | J | T | | | | | |
| 14. AMERICAN NEW ECONOMY FUND-CHILDREN | A | Dividend | J | T | | | | | |
| 15. AMERICAN NEW PERSPECTIVE FUND-CHILDREN | A | Dividend | | | Sold | 06/02/14 | J | B | |
| 16. PRIME FUND DAILY MONEY MKT-JOINT W/SPOUSE | A | Interest | J | T | | | | | |
| 17. INVESCO STABLE FUND-SPOUSE | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY CONTRA FUND-SPOUSE | D | Int./Div. | L | T | | | | | |
| 19. T ROWE PRICE GROWTH STK-SPOUSE | B | Int./Div. | K | T | | | | | |
| 20. VANGUARD DIVIDEND GROWTH-SPOUSE | C | Int./Div. | L | T | | | | | |
| 21. HARTFORD EQUITY FD CJOINT W/ SPOUSE | A | Int./Div. | L | T | | | | | |
| 22. HARTFORD GROWTH ALLOCATION FD-JOINT W/SPOUSE | A | Int./Div. | K | T | | | | | |
| 23. INVESCO VAN KAMPEN EQUITY FD JOINT W/SPOUSE | A | Int./Div. | L | T | | | | | |
| 24. PIMCO BOND ASSET FD-JOINT W/ SPOUSE | B | Int./Div. | | | Sold | 07/11/14 | L | A | |
| 25. PIMCO TOTAL RTN II C SPOUSE | C | Int./Div. | K | T | | | | | |
| 26. WELLS FARGO ADVANTAGE CORE BOND SPOUSE | A | Int./Div. | K | T | | | | | |
| 27. PIMCO ALL ASSET FD SPOUSE | B | Int./Div. | K | T | | | | | |
| 28. WELLS FARGO EN STK N SPOUSE | | None | L | T | | | | | |
| 29. TEMPLTON WORLD ADV SPOUSE | B | Int./Div. | K | T | | | | | |
| 30. INVESCO RE INST SPOUSE | D | Int./Div. | L | T | | | | | |
| 31. ELI LILLY CO LLY SPOUSE | A | Dividend | J | W | | | | | |
| 32. HOME DEPOST HD SPOUSE | A | Dividend | J | W | | | | | |
| 33. SOUTHERN CO SPOUSE | A | Dividend | J | W | | | | | |
| 34. VERIZON COMMUNICATIONS - SPOUSE | A | Dividend | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LORD ABBETT INT TX FREE SPOUSE | A | Dividend | K | W | | | | | |
| 36. MFS MUNI INC SPOUSE | A | Dividend | K | W | | | | | |
| 37. RET CX TAX EX FND SPOUSE | A | Dividend | K | W | | | | | |
| 38. WELLS FARGO ADV PRE BND SPOUSE | A | Dividend | K | W | | | | | |
| 39. 2D HOME ST SIMONS IS, GA REAL ESTATE-EAST BEACH | | None | N | W | | | | | |
| 40. SOUTHERN COPPER CORP | A | Dividend | J | W | | | | | |
| 41. FT UNIT 4903 60/40 STRATIGIC ALLOCATION | A | Interest | L | T | Buy | 07/28/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOFIELD, III. , E. CLAYTON | 06/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII-INVESTMENTS & TRUSTS

1.. [redacted] will was legally probated in solemn form in Fulton County, Georgia in 2013. The estate was relieved of filing returns. No estate tax returns were required to be filed. The estate is closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ E. CLAYTON SCOFIELD, III.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544